In The United States District Court
Southern District of Alabama
Southern Division

Eric Germayne McCorvey
vs.
RaCon Inc.                    Civil Action no. 15-CV-489-KD-C

I said Plaintiff reside in Mobile County and the location where the said incidents occured in both Mobile and Baldwin Counties.

Eric McCorvey
2357 Dukes Ave.
Mobile, AL 36617

"In Care of"
RaCon's Attorney
c/o Sean Pierce
100 Vestavia Parkway
Birmingham, AL 35216

(1)

- I was often harrased by Donnie Byrd (Defendant's Representive on the Jobsite)
  He would Accuse me Loafing on The Job.
  He screamed In my Face For Being (5) minutes Late But never said Anything To The White Employees whenever They were Late.

- mike worley Transfeeed my Jobsite Location creating A hardship As Far As my Employment.

- mike worley Denied me The right To work overtime But honored The Request of The Mexicans employees (Repeatedly).

- mike worley Denied me the opportunity To To Take A vacation But Honored The Request of The Mexican Employees.

- mike worley Threathen To Fire me IF I was not Able To Do A certain Job Task But The Company offered on The Job Traing To The White Employees.

- mike worley (Defendant's Jobsite Senior Representive pointed A Firearm AT A Group of Black Employees In Efforts To Further Intimadate The Black Employees.

- Donnie Byrd would make The Black Employees put out their Fires Dueing The Cold Days But said Absolutely nothing To The White Employees

I'm Requesting All loss of overtime wages and All money They Damages Allowed By This Honorable Court.

(2)

Eric Germayne McCovey,
PRO SE
2357 Dukes Avenue
Mobile, AL 36617